■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST GUEST, Appellant. — Judgment, Supreme Court, New York County (James Leff, J.), rendered on March 30, 1977; resentenced on December 9, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Carro, Asch, Bloom and Alexander, JJ.

■ ALVIN DWORMAN et al., Respondents, v ARTHUR ANDERSEN & Co., Appellant. — Order, Supreme Court, New York County (Arnold Fraiman, J.), entered on April 26, 1983, unanimously affirmed for the reasons stated by A. Fraiman, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sullivan, J. P., Milonas, Kassal and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR BELTON, Appellant. — Judgment, Supreme Court, New York County (Milton Williams, J.), rendered on April 8, 1982, unanimously affirmed. Application by appellant's counsel to be relieved pursuant to *People v Saunders* (52 AD2d 833) denied. No opinion. Concur — Sullivan, J. P., Ross, Asch, Bloom and Alexander, JJ.